# EXHIBIT B

TPA#1900091.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: _____

JOAN HAMMOND ROBINSON,

        Plaintiff,

vs.

MERCK & CO., INC., PFIZER, INC.,
PHARMACIA CORPORATION,
a wholly owned subsidiary of PFIZER, INC.,
PHARMACIA & UPJOHN COMPANY, LLC,
a wholly-owned subsidiary of PHARMACIA
CORPORATION, G.D. SEARLE LLC (f/k/a
G.D. SEARLE & CO.), and MONSANTO COMPANY,

        Defendants.
_____/

## MERCK & CO., INC.'S CONSENT TO REMOVAL

Merck & Co., Inc. ("Merck") states as follows:

1. Merck consents to the removal of the above-captioned action, originally filed in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, assigned Case No. 16-07-CA-003466.

2. This consent to removal is made within thirty (30) days of the date Merck first ascertained that this action was removable.

3. In consenting to removal, Merck does not intend to waive any rights or defenses to which it is otherwise entitled, including but not limited to, those items set forth in Federal Rule of Civil Procedure 12(b).

SQUIRE, SANDERS & DEMPSEY L.L.P.

Dated: May 23rd, 2007.                    Respectfully submitted,

                                             SQUIRE, SANDERS & DEMPSEY L.L.P.
                                             1900 Phillips Point West
                                             777 South Flagler Drive
                                             West Palm Beach, FL 33401-6198
                                             Telephone:   561.650.7200
                                             Facsimile:    561.655.1509

                                             _____
                                             Patricia E. Lowry
                                             Florida Bar No. 332569
                                             John B. T. Murray, Jr.
                                             Florida Bar No. 962759
                                             Maria Jose Moncada
                                             Florida Bar NO. 0773301

                                             *Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this 23rd day of May, 2007 to:

                              Brenda S. Fulmer
                              C. Todd Alley
                              James D. Clark
                              Donald W. Greiwe
                              ALLEY CLARK GREIWE & FULMER
                              701 E. Washington Street
                              P.O. Box 3127
                              Tampa, FL 33601-3127

                                             _____
                                             Maria Jose Moncada

WESTPALMBEACH/501056.1

SQUIRE, SANDERS & DEMPSEY L.L.P.