# EXHIBIT C

TPA#1900091.1

## Walz, David J.

**From:** Brenda S. Fulmer [bfulmer@tampatriallawyers.com]
**Sent:** Wednesday, May 16, 2007 2:44 PM
**To:** Walz, David J.
**Subject:** Rivera, Hammond-Robinson, and Padgett - Bextra Cases

Dave:

I received your email. Damages are $75K+, no objection to stay and transfer to Bextra MDL. Let me know if you need anything further. Thanks.

Brenda S. Fulmer, Esquire
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
Tampa, FL 33602
(813) 222-0977

5/16/2007