# EXHIBIT D

TPA#1900091.1

IN THE CIRCUIT COURT IN AND FOR DUVAL COUNTY, FLORIDA

JOAN HAMMOND ROBINSON,

    Plaintiff,

vs.                                    CASE NO.: 16-07-CA-3466

MERCK & CO., INC.; PFIZER, INC.;
PHARMACIA CORPORATION, a wholly-
owned subsidiary of PFIZER, INC.;
PHARMACIA & UPJOHN COMPANY,
LLC, a wholly-owned subsidiary of
PHARMACIA CORPORATION;
G.D. SEARLE LLC (f/k/a G.D. SEARLE &
CO.); and MONSANTO COMPANY,

    Defendants.
_____/

## NOTICE OF FILING NOTICE OF REMOVAL OF CIVIL ACTION

TO:    Clerk of the Circuit Court of Duval County, Florida:

You are hereby notified that defendants Pfizer Inc. (incorrectly captioned as "Pfizer, Inc."), Pharmacia Corporation f/k/a Monsanto Company that was organized in 1933 (improperly captioned as "Monsanto Company"), Pharmacia & Upjohn Company LLC (incorrectly captioned as "Pharmacia & Upjohn Company, LLC"), and G.D. Searle LLC have on the 24th day of May, 2007, filed in the United States District Court for the Middle District of Florida, Jacksonville Division, a Notice of Removal to Federal Court of the above-entitled cause, a copy of which is attached hereto and made a part of the Notice to Clerk, for your information and guidance. This Notice serves to effect full removal of this case pursuant to 28 U.S.C. § 1446(d), thereby precluding this state court from proceeding further in this case, unless and until this case is remanded hereto by the United States District Court.

                                                          Edward W. Gerecke
                                                          Florida Bar No. 328332

CARLTON FIELDS, P.A.
Post Office Box 3239
Tampa, Florida 33601
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
E-Mail: egerecke@carltonfields.com

Attorneys for Pfizer Inc., Pharmacia Corporation, Pharmacia & Upjohn Company LLC, and G.D. Searle LLC

## CERTIFICATE OF SERVICE

I CERTIFY that copies of this pleading were mailed to Brenda S. Fulmer, C. Todd Alley, and James D. Clark, 701 E. Washington Street, P.O. Box 3127, Tampa, Florida 33601; and Patricia E. Lowry, John B. T. Murray, Jr., and Dori K. Stibolt, 777 South Flagler Drive, West Palm Beach, FL 33401, this 23rd day of May, 2007.

_____
Attorney

TPA#2366827.1                    2