# U.S. District Court
## Middle District of Florida (Jacksonville)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00450-TJC-HTS
### Internal Use Only

Robinson v. Merck & Co., Inc. et al
Assigned to: Judge Timothy J. Corrigan
Referred to: Magistrate Judge Howard T. Snyder
Demand: $75,000
Case in other court: State Court - 04/23/07, 16-2007-CA-003466
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 05/24/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Joan Hammond Robinson**     represented by    **Brenda S. Fulmer**
Alley Clark Greiwe & Fulmer
701 E. Washington St.
P.O. Box 3127
Tampa, FL 33601-3127
813/222-0977
Fax: 813/224-0373
Email: bfulmer@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Todd Alley**
Alley Clark Greiwe & Fulmer
701 E Washington St
PO Box 3127
Tampa, FL 33601-3127
813/222-0977
Fax: 813/224-0373
Email: talley@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Guy Greiwe**
Alley Clark Greiwe & Fulmer
701 E Washington St
PO Box 3127
Tampa, FL 33601-3127
813/250-0608
Fax: 813/229-7982
Email: dgreiwe@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D. Clark**
Alley Clark Greiwe & Fulmer
701 E Washington St
PO Box 3127
Tampa, FL 33601-3127
813/222-0977
Fax: 813/224-0373
Email: jclark@tampatriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CERTIFIED A TRUE COPY.
SHERYL L. LOESCH, CLERK
U. S. DISTRICT COURT
By: *P. Price*
Deputy Clerk

V.

**Defendant**

**Merck & Co., Inc.**      represented by    **John B.T. Murray, Jr.**
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W
777 South Flagler Dr
West Palm Beach, FL 33401-6198
561/650-7213
Fax: 561/655-1509
Email: jbmurray@ssd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Jose Moncada**
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W
777 South Flagler Dr
West Palm Beach, FL 33401-6198
561/650-7138
Fax: 561/655-1509
Email: mmoncada@ssd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia E. Lowry**
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W
777 South Flagler Dr
West Palm Beach, FL 33401-6198
561/650-7214
Fax: 561/655-1509
Email: plowry@ssd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer, Inc.**      represented by    **Edward W. Gerecke**
Carlton Fields, PA
4221 W Boy Scout Blvd - Ste 100
PO Box 3239
Tampa, FL 33601-3239
813/223-7000
Fax: 813/229-4133
Email: egerecke@carltonfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**
*a wholly-owned subsidiary of Pfizer, Inc.*      represented by    **Edward W. Gerecke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia & UpJohn Company, LLC**
*a wholly-owned subsidiary of Pharmacia Corporation*      represented by    **Edward W. Gerecke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle LLC**
*formerly known as*
G.D. Searle & Co.      represented by    **Edward W. Gerecke**
(See above for address)
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Defendant**

Monsanto Company  represented by **Edward W. Gerecke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2007 | 1 | NOTICE OF REMOVAL from 4th Judicial Circuit, Duval County, case number 16-2007-CA-003466-XXXX-MA, Div. CV-C filed in State Court on 4/23/07. Filing fee $350, receipt number J25992, filed by Pfizer, Inc., Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, G.D. Searle LLC, Monsanto Company. (Attachments: # 1 Exhibit A; (2) Exhibit B; (3) Exhibit C; (4) Exhibit D)(SPW) (Entered: 05/24/2007) |
| 05/24/2007 | 2 | COMPLAINT against Pfizer, Inc., Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, G.D. Searle LLC, Monsanto Company, Merck & Co., Inc. ; jury demand filed by Joan Hammond Robinson (filed in state court 4/23/07).(SPW) (Entered: 05/24/2007) |
| 05/24/2007 | 3 | ANSWER to complaint with Jury Demand by Merck & Co., Inc.(SPW) (Entered: 05/25/2007) |
| 05/25/2007 | 4 | AMENDED STANDING ORDER - Filing of Documents that Exceed Twenty-Five Pages. Signed by all Jacksonville Judges on 05/25/05. (pwd, ) (Entered: 05/25/2007) |
| 05/25/2007 | 5 | Unopposed MOTION to stay All Proceedings Pending Transfer Decision By The Judicial Panel on Multidistrict Litigation and Incorporated Memorandum of Law *(And Local Rule 3.01(g) Certificate)* by Merck & Co., Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Moncada, Maria) (Entered: 05/25/2007) |
| 05/31/2007 | 6 | CERTIFICATE of interested persons and corporate disclosure statement *per Federal Rule of Civil Procedure 7.1* by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC. (Gerecke, Edward) (Entered: 05/31/2007) |
| 05/31/2007 | 7 | ANSWER and affirmative defenses to complaint with Jury Demand by Pfizer, Inc., Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, G.D. Searle LLC.(Gerecke, Edward) (Entered: 05/31/2007) |
| 05/31/2007 | 8 | Unopposed MOTION to stay all proceedings pending transfer to multidistrict litigation proceeding by Pfizer, Inc., Pharmacia Corporation, Pharmacia & UpJohn Company, LLC, G.D. Searle LLC. (Gerecke, Edward) (Entered: 05/31/2007) |
| 06/01/2007 | 9 | CERTIFICATE of interested persons and corporate disclosure statement *Rule 7.1 Disclosure Statement* by Merck & Co., Inc.. (Moncada, Maria) (Entered: 06/01/2007) |
| 06/01/2007 | 10 | ORDER OF RECUSAL. Signed by Judge Henry Lee Adams Jr. on 6/1/2007. (MO) (Entered: 06/01/2007) |
| 06/01/2007 |  | Case Reassigned to Judge Timothy J. Corrigan. New case number: 3:07-cv-450-J-32HTS. Judge Henry Lee Adams, Jr no longer assigned to the case. (pwd, ) (Entered: 06/04/2007) |
| 06/05/2007 | 11 | ORDER granting [5, 8] Motions to stay to extent that case stayed until 9/5/07; directing Merck to file status by 9/5/07 if case not transferred. Signed by Judge Timothy J. Corrigan on 6/5/2007. (SRW) (Entered: 06/05/2007) |